UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:12-80697-CIV-SEITZ

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,

        Plaintiffs,

v.

ASUS COMPUTER INTERNATIONAL
and ASUSTEK COMPUTER, INC.,

        Defendants.
_____/

## FINAL JUDGMENT

The Court having granted Defendants' Motion for Summary Judgment on June 24, 2014, it is hereby:

ORDERED that judgment is entered in favor of the Defendants, ASUS Computer International and ASUSTEK Computer, Inc., and against Plaintiffs, Florida Atlantic University Research Corporation and Domaine Associates, LLC. Plaintiffs shall recover nothing and their claims are dismissed on the merits.

DONE and ORDERED in Miami, Florida, this 25th day of June, 2014.

        _____
        PATRICIA A. SEITZ
        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record